# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

| | |
|---|---|
| Wake Up Inc <br> *Plaintiff* <br> v. <br> GTBC LLC <br> *Defendant* | ) ) ) ) ) Civil Action No. 2:17-cv-00095-JLQ |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: The Complaint (ECF No. 1) and the claims therein are dismissed without prejudice and without costs or attorney's fees to any party.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Justin L. Quackenbush on a Notice of Voluntary Dismissal (ECF No. 3), and Order Directing Entry of Judgment (ECF No. 4).

Date: 6/9/17

*CLERK OF COURT*

SEAN F. McAVOY

s/ Shelly Koegler
*(By) Deputy Clerk*

Shelly Koegler